806

*Sabine, Irving H. Perluss*, Assistant Attorneys General, and *Ernest P. Goodman*, Deputy Attorney General, for appellee.

No. 115.   GARLINGTON ET AL. *v.* WASSON ET AL.

*Per Curiam:* The appeal is dismissed for want of jurisdiction.*   *Elmer McClain* for appellants.

No. 190.   ELLIS *v.* OHIO TURNPIKE COMMISSION ET AL.
*Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.   *John F. Hunter* and *Edward N. Barnard* for appellant.   *Frank A. Harrington* for the Ohio Turnpike Commission et al., appellees.

No. 214.   FIELD ENTERPRISES, INC., *v.* WASHINGTON.
*Per Curiam:* The judgment is affirmed.   *Norton Company* v. *Department of Revenue of Illinois*, 340 U. S. 534.   MR. JUSTICE FRANKFURTER and MR. JUSTICE HARLAN are of the opinion that probable jurisdiction should be noted. *Simon H. Rifkind* for appellant.

No. 95.   FEDERAL TRADE COMMISSION *v.* AMERICAN CRAYON CO.

*Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed.   The case is remanded with directions as follows: (1) to affirm and enforce paragraphs

---

*[This order amended, *post*, p. 979.]